UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>             Plaintiff,<br><br>   v.<br><br>M. PORTER,<br><br>             Defendant. | 1:18-cv-01109-JLT (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Thus, the Court ORDERS:

1. Within 45 days, plaintiff shall submit the application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action;
2. The Clerk of Court is DIRECTED to mail the plaintiff an application to proceed in forma pauperis by a prisoner.

**No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated: __**February 7, 2019**__                      **/s/ Jennifer L. Thurston**
                                                                 UNITED STATES MAGISTRATE JUDGE